In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

————————————————

**NO. 09-18-00404-CR**

————————————————

**MICHAEL JASON CORBELLO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 128th District Court**
**Orange County, Texas**
**Trial Cause No. A130634-R**

**MEMORANDUM OPINION**

On July 3, 2014, the trial court sentenced Michael Jason Corbello on a conviction for possession of a controlled substance. Corbello filed a notice of appeal on October 19, 2018, outside the time permitted for perfecting an appeal. *See* Tex. R. App. P. 26.2. Further, the district clerk provided the trial court's certification to the Court of Appeals, in which the court certified that this is a plea-bargain case and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2).

1

On October 24, 2018, we notified the parties that we would dismiss the appeal unless the appellant established grounds for continuing the appeal. The appellant filed a response but failed to establish that he timely perfected his appeal or that the trial court's certification should be amended. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 25.2(d); *see also* Tex. R. App. P. 26.2.

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on November 27, 2018
Opinion Delivered November 28, 2018
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.